# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Dyna Abu Hamdha's person (DOB: 05/1991),<br>residences and vehicles; See Attachments | Case No.   23   MJ   130<br>Matter No.: 2023R00184 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A; over which this Court has jurisdiction pursuant to 18 U.S.C. §§ 2703 and 2711 and Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   8/14/2023   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. William E. Duffin  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   8/1/2023 at 11:31 AM                                        *William E. Duffin*
                                                                                                              *Judge's signature*

City and state:          Milwaukee, WI                                     Hon. William E. Duffin, U.S. Magistrate Judge
                                                                                                 *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>2023R00184 | Date and time warrant executed:<br>August 2, 2023 at 6:00 A.M. | Copy of warrant and inventory left with:<br>Dyna Abu HAMDHA |
| Inventory made in the presence of : ATF Special Agent Alex Erlien | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>See Attached ATF Property Receipt (ATF Form 3400.23) | | |

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: August 2, 2023

*Executing officer's signature* — *dalton evertz*

ATF Special Agent Dalton Evertz

*Printed name and title*

# U.S. Department of Justice
# Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page __ of __ | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | 772120-21-0093 | | MKE III |

**Taken from:** (name, title, address, if appropriate)
DIANA NAMBAR
5870 TOWER RD #3
GREENDALE, WI

**Recipient:** (name, title, address, if appropriate)
SA GABE LOURANE

**Location of Transfer or Seizure:**
5870 TOWER RD #3
GREENDALE, WI

**Basis for Transfer or Seizure of Items:**
SEARCH WARRANT

| Amount or Quantity | Description of Item(s) |
|---|---|
| ITEM #1  SA LOURANE  KITCHEN TABLE BENCH | 1- SPECTRUM MOBIL FOR RAMUNE LOCKE |
| ITEM #2  SA LOURANE  KITCHEN TABLE BENCH | 1- BLUE GATEWAY COMPUTER |
| ITEM #3  SA HANKINS  S. BEDROOM NIGHT STAND S. WALL | 1- APPLE WATCH |
| ITEM #4  SA HANKINS  S. BEDROOM ON BED | 1- BLUE IPHONE W/BLK CASE |
| ITEM #5  SA HANKINS  S. BEDROOM ON BED SE CORNER | 1- GRAY IPHONE W/CLEAR CASE |
| ITEM #6  SA KEEKLY  LIVING ROOM CLOSET | 1- LINED NOTE PAD |
| ITEM #7  TFO MALANA  S.BEDROOM N. WALL FLOOR IN PURSE | 1- CHASE BANK RECEIPT |
| ITEM #8  TFO DOULAE  S. BOTTOM SE CORNER CHILD DRESSER | 1- PHOTO OF RAMUNE LOCKE |
| ITEM #9  TFO MARTINEZ  N. BEDROOM ALONG WEST WALL | 1 SAMSUNG TABLET |
| ITEM #10  SA HANKINS  S. BEDROOM UNDER BED | MISC. LETTERS + CARDS |
| ITEM #11  SA HANKINS  S. BEDROOM ON NIGHT STAND S. WALL | 1- WHITE IPHONE W/PURPLE CASE |
| ITEM #12  SA LINDEMAN  S. BEDROOM S CLOSET | 1- CLOTH BAG OF U.S. CURRENCY |
| ITEM #13  SA LINDEMAN  S. BEDROOM S CLOSET W/ITEM #12 | MISC. JEWELRY |

**NONE FURTHER**

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) _____  Date: 8/1/23

Transferred by: (signature, if appropriate) _____  Date: 8/1/23

Witnessed by: (signature) _____  Date: 8/1/23

ATF Form 3400.23
Revised March 2005