UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
Dyna Abu Hamdha's person (DOB: 05/1991)
residences and vehicles

Case No.: 23-MJ-130 (WED)

**ORDER TO SEAL SEARCH WARRANT, AFFIDAVIT AND APPLICATION**

Upon consideration of the government's motion to seal all search warrant related materials filed or issued under the above-captioned case number for a period of **one year**, the Court finds that this matter is appropriately kept under seal and, therefore, ORDERS that the Clerk of Court seal all documents filed or issued under the above-captioned case number for a period of **one year** from the date of this Order, or until further order of the Court.

This Order does not prohibit law enforcement from disclosing the search warrant related materials as necessary to facilitate the enforcement of criminal law, including the execution of the warrant, or as further ordered by this Court or required by federal statute or the Rules of Criminal Procedure.

Dated at Milwaukee, Wisconsin this ___14th___ day of August 2023.

*William E. Duffin*
HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
Dyna Abu Hamdha's person (DOB: 05/1991)
residences and vehicles

Case No.: 23-MJ-130 (WED)

## MOTION TO SEAL TO SEARCH WARRANT, AFFIDAVIT AND APPLICATION

The United States of America, by its attorneys, hereby moves the Court to seal all documents filed or issued under the above-captioned magistrate number for a period of **one year**. As a basis for said motion, the Government relies upon the facts set forth in the affidavit submitted in support of the application, as well as the facts set forth below:

1. In a warrant issued on August 1, 2023, this Court authorized agents to search for records and information associated with the person of Dyna Abu HAMDHA (F/W; DOB: 05/18/1991). The places to be searched pursuant to the warrant are residences and conveyances utilized by HAMDHA detailed in the affidavit.

2. This warrant was issued based on the application of SA Dalton Evertz of the Bureau of Alcohol, Tobacco, Firearms and Explosives and included an affidavit to the search warrant.

3. Agents executed the search warrant on August 2, 2023. The warrant was returned on August 2, 2023.

4. The previously filed affidavit submitted in support of this application details the federal government's ongoing investigation into alleged violations of federal law in this district. The investigation to date has included the use of search warrants, grand jury subpoenas, and electronic and physical surveillance. However, this investigation is not complete. There remain several unidentified witnesses, victims, subjects, and targets.

5.　　Disclosure of the search warrant application, including the supporting affidavit, would prejudice the Government's ongoing investigation in this matter, in that it would alert them to law enforcement activity. This could encourage the targets to change their method of operation, making it more difficult for the Government to determine the full scope of and participants in their criminal activity.

6.　　Based on the foregoing, the United States respectfully requests that the Court seal the application for warrant, including the supporting affidavit, for a period of one year. This period will allow the Government to complete its investigation, at which time the Government anticipates that appropriate criminal charges can be brought against the targets of this investigation.

A proposed order accompanies this motion.

Dated at Milwaukee, Wisconsin this 4th day of August 2023.

            Respectfully Submitted,

            GREGORY J. HAANSTAD
            United States Attorney

       By: */s/ Kevin C. Knight*

            KEVIN C. KNIGHT
            Assistant United States Attorney